IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

IVELISSE DONES ALICEA

DEBTOR(S)

CASE NO. 16-00517-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 03/01/2016. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

PLAN DATE: April 04, 2016          PLAN BASE: $19,795.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 4/12/2016

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] INSUFFICIENTLY FUNDED § 1325(b):**

**Plan is insufficiently funded to pay insurance and secured creditors.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$132.00/$2,868.00

Atty: ROBERTO FIGUEROA

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - GB