IN THE UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**IVELISSE DONES ALICEA**<br><br>**xxx–xx–7443**<br><br>Debtor(s) | Case No. **16–00517 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 6/15/16 |

*ORDER*

The motion filed by FIRSTBANK PUERTO RICO requesting extension of time of 20 days to reply to Trustee's Objection to Claim No. 06 (docket #19) is hereby granted. Order due by 07/05/2016

IT SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, June 15, 2016 .

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge