# UNITED STATES BANKRUPTCY COURT
# DISTRICT 1

| | |
|---|---|
| In re: <br><br> IVELISSE DONES ALICEA <br><br> Debtor(s) | Case No. 16-00517-ESL |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2016.

2) The plan was confirmed on 07/29/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/14/2019.

5) The case was completed on 02/26/2021.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $27,678.27.

10) Amount of unsecured claims discharged without payment: $14,058.38.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $21,570.75 |
| Less amount refunded to debtor | $695.75 |

**NET RECEIPTS:** $20,875.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,868.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,719.67 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,587.67

Attorney fees paid and disclosed by debtor: $132.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EASTERN AMERICA INSURANCE CO | Priority | 0.00 | NA | 2,695.00 | 2,695.00 | 0.00 |
| EMPRESAS BERRIOS INC | Secured | 305.00 | 0.00 | 351.06 | 351.06 | 0.00 |
| FIRSTBANK | Secured | 70,573.00 | 0.00 | 71,973.93 | 0.00 | 0.00 |
| FIRSTBANK | Secured | 1,082.00 | 0.00 | 1,277.92 | 1,277.92 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | NA | 0.00 | 2,293.57 | 220.40 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 13,259.00 | 0.00 | 13,259.36 | 1,274.15 | 0.00 |
| RELIABLE FINANCIAL SERVICES | Secured | 10,422.00 | 0.00 | 10,468.80 | 10,468.80 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $1,277.92 | $1,277.92 | $0.00 |
|    Debt Secured by Vehicle | $10,468.80 | $10,468.80 | $0.00 |
|    All Other Secured | $72,324.99 | $351.06 | $0.00 |
| **TOTAL SECURED:** | **$84,071.71** | **$12,097.78** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,247.93** | **$4,189.55** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,587.67 |
| Disbursements to Creditors | $16,287.33 |
| **TOTAL DISBURSEMENTS :** | **$20,875.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/25/2021          By: /s/ ALEJANDRO OLIVERAS RIVERA
                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

16-00517-ESL                                           CERTIFICATE OF MAILING
-------------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

IVELISSE DONES ALICEA
URB BAIROA
CW14 CALLE 12
CAGUAS, PR  00725

RELIABLE FINANCIAL SERVICES
C/O CARLOS E PEREZ PASTRANA
PO BOX 21382
SAN JUAN, PR  00928-1382

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR  00928-1382

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR  00936-6818

DTOP
PO BOX 41269
SAN JUAN, PR  00940-1269

JEFFERSON CAPITAL SYSTEM LLC
PO BOX 772813
CHICAGO, IL  60677-2813

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN  56302-9617

MIDLAND FUND
2365 NORTHSIDE DR STE 30
SAN DIEGO, CA  92108-2709

EMPRESAS BERRIOS INC
PO BOX 674
CIDRA, PR  00739-0674

NETCORE SOLUTIONS INC
PO BOX 71440
SAN JUAN, PR  00936-8540

PIONEER CREDIT RECOVERY INC
PO BOX 100
ARCADE, NY  14009

**UST Form 101-13-FR-S (09/01/2009)**

MIDLAND CREDIT MANAGEMENT INC
AS AGENT FOR MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090

US DEPARTMENT OF TREASURY
3700 E WEST HWY APT HIG
HYATTSVILLE, MD 20782-2015

EASTERN AMERICA INSURANCE CO
PO BOX 9023862
SAN JUAN, PR 00902-3862

FIRSTBANK
PRESTAMOS HIPOTECARIOS
PO BOX 9146
SAN JUAN, PR 00908-0146

FIRSTBANK PUERTO RICO
GODREAU AND GONZALEZ LLC
PO BOX 9024176
SAN JUAN, PR 00902-4176

RELIABLE AUTO A DIVISION OF POPULAR
AUTO LLC
CARLOS E PEREZ PASTRANA ESQ
PO BOX 21382
SAN JUAN, PR 00928-1382

DATED: March 25, 2021

S/Olga Lopez
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**